```
                                              FILED
                                            MAY 2 9 2008
                                        CLERK, U.S. DISTRICT COURT
                                      EASTERN DISTRICT OF CALIFORNIA
                                      BY
                                                DEPUTY CLERK
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | 2:08-CR-0240 EJG |
| v. ) | |
| ) | |
| SEALED, ) | |
| ) | |
| Defendant. ) | |

### SEALING ORDER

Upon Application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the documents in the above referenced case shall be sealed until the first arrest of a defendant in this case or until further order of the Court.

DATED: May 29, 2008

GREGORY G. HOLLOWS
_____
GREGORY G. HOLLOWS
United States Magistrate Judge