| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | )   CR.S-08-240 EJG |
| | ) |
| DOMINICK WEST | ) |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
     (X) Ad Prosequendum               () Ad Testificandum

Name of Detainee:          DOMINICK WEST
Detained at (custodian):    SACRAMENTO COUNTY JAIL

Detainee is:        a.)    (X) charged in this district by:  (X) Indictment () Information () Complaint
                          charging detainee with: Sex Trafficking of a Child by Force, Fraud or Coercion.
    or      b.)    () a witness not otherwise available by ordinary process of the Court

Detainee will:    a.)    () return to the custody of detaining facility upon termination of proceedings
    or      b.)    (X) be retained in federal custody until final disposition of federal charges, as a
                       sentence is currently being served at the detaining facility

*Appearance is necessary on **JUNE 9, 2008, AT 2:00 BEFORE HONORABLE DALE A. DROZD** in the Eastern District of California.*

Signature:                 /s/ KYLE. F. REARDON
Printed Name & Phone No:    Kyle F. Reardon (916) 554-2782
Attorney of Record for:      United States of America

## WRIT OF HABEAS CORPUS
    (X) Ad Prosequendum               () Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, **June 9, 2008, at 2:00pm**, before the Honorable Dale A. Drozd, 501 I Street, 8th Floor, Sacramento, California, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Date:  6/6/08

_Dale A. Drozd_
United States ~~District~~/Magistrate Judge

Please provide the following, if known:

                                                      X
AKA(s) (if applicable):                           Male   Female
Booking or CDC #:     X - REF. NO. 3437623         DOB: 03/07/1981
Facility Address:       651 I Street                    Race:
                         Sacramento, CA 95814        FBI #:
Facility Phone:        (916) 874-5417
Currently Incarcerated For:  Sex Trafficking of a Child or by Force , Fraud, and Coercion

## RETURN OF SERVICE

Executed on _____      By: _____
                                               (Signature)