| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) CR.S-08-240 EJG |
| v. | ) |
| | ) |
| DOMINICK WEST | ) |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
  (X) Ad Prosequendum          ( ) Ad Testificandum

Name of Detainee:        DOMINICK WEST
Detained at (custodian):   SACRAMENTO COUNTY JAIL

Detainee is:    a.)   (X) charged in this district by:  (X) Indictment  ( ) Information  ( ) Complaint
                       charging detainee with: Sex Trafficking of a Child by Force, Fraud or Coercion.
        or      b.)   ( ) a witness not otherwise available by ordinary process of the Court

Detainee will:  a.)   ( ) return to the custody of detaining facility upon termination of proceedings
        or      b.)   (X) be retained in federal custody until final disposition of federal charges, as a
                       sentence is currently being served at the detaining facility

*Appearance is necessary on **JUNE 9, 2008, AT 2:00 BEFORE HONORABLE DALE A. DROZD** in the Eastern District of California.*

Signature:                   /s/ KYLE. F. REARDON
Printed Name & Phone No:     Kyle F. Reardon (916) 554-2782
Attorney of Record for:      United States of America

## WRIT OF HABEAS CORPUS
  (X) Ad Prosequendum          ( ) Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, **June 9, 2008, at 2:00pm**, before the Honorable Dale A. Drozd, 501 I Street, 8th Floor, Sacramento, California, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Date: 6/6/08

                                            Dale A. Drozd
                                            United States District/Magistrate Judge

---

Please provide the following, if known:

                                                                                    X
AKA(s) (if applicable):                                                        Male   Female
Booking or CDC #:         X - REF. NO. 3437623                        DOB: 03/07/1981
Facility Address:         651 I Street                                 Race:
                          Sacramento, CA 95814                         FBI #:
Facility Phone:           (916) 874-5417
Currently Incarcerated For: Sex Trafficking of a Child or by Force, Fraud, and Coercion

---

### RETURN OF SERVICE

Executed on _____    By: _____
                                              (Signature)