```
SCOTT N. CAMERON
Attorney at Law
1007 7th Street, Suite 319
Sacramento, California 95814
Telephone: (916) 442-5230

Attorney for:
SOHAYLA ANGUIANO
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO.  2:08-cr-0240 EJG |
| Plaintiff, ) | STIPULATION AND ORDER CONTINUING STATUS CONFERENCE |
| v. ) | |
| SOHAYLA ANGUIANO and, ) DOMINICK WEST ) | DATE:   August 22, 2008 |
|  ) | TIME:   10:00 a.m. |
| Defendant. ) | COURT:  Hon. Edward J. Garcia |
| _____) | |

Stipulation

The parties, through undersigned counsel, stipulate that the status conference scheduled for August 15, 2008, may be continued to August 22, 2008, at 10:00 a.m.  Additional discovery has been provided and defense investigation will not be complete by August 15, 2008.  In addition, the defense for Anguiano is preparing for a trial in a separate state case and needs additional time in the instant case to be properly prepared.  The parties also agree that time may be excluded from the speedy trial calculation under the Speedy Trial Act for counsel preparation, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4.

///

1

The prosecutor and defense counsel for Dominick West have authorized the defense counsel for Sohayla Anguiano to sign this stipulation on their behalf.

DATED: July 29, 2008            McGREGOR W. SCOTT
                                United States Attorney


                          by    /s/ Scott N. Cameron, for
                                Kyle Reardon
                                Assistant U.S. Attorney

DATED: July 29, 2008
                          by    /s/ Scott N. Cameron, for
                                Michael Chastaine
                                Counsel for Mr. West

DATED: July 29, 2008
                          by    /s/ Scott N. Cameron
                                Scott N. Cameron
                                Counsel for Ms. Anguiano

## Order

Good cause appearing,

The status conference scheduled for August 15, 2008 is continued to August 22, 2008 at 10:00 a.m.

Time is excluded from the speedy trial calculation pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4 for counsel preparation.

IT IS SO ORDERED.


DATED: August 4, 2008           /s/ Edward J. Garcia
                                Edward J. Garcia, Judge
                                United States District Court