1 LAWRENCE G. BROWN
  Acting United States Attorney
2 ELLEN V. ENDRIZZI
  KYLE REARDON
3 Assistant U.S. Attorneys
  501 I Street, Suite 10-100
4 Sacramento, California 95814
  Telephone: (916) 554-2716



FILED
JUN 4 2009
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY
      DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:08-cr-240 EJG |
| Plaintiff, | **STIPULATION TO SET DATE FOR STATUS CONFERENCE AND TO VACATE TRIAL DATE AND TRIAL CONFIRMATION DATE;** [PROPOSED] **ORDER** |
| v. | |
| DOMINIC WEST, | |
| Defendant. | |

The parties, by and through their undersigned counsel, hereby stipulate and agree to vacate the current trial confirmation date, set for June 5, 2009, and trial date, set for June 22, 2009. The parties request that a status conference be set for July 10, 2009, at 10:00 a.m.

The defense requests this continuance because counsel is currently in trial in the state court system and is not prepared to go forward at this time with trial in the above-captioned matter. The United States does not oppose this request, and itself respectfully requests that the TCH and trial date be vacated and a status conference set, because primary counsel, AUSA Kyle Reardon, is currently in Europe due to a family medical

1

1  emergency that requires his continued presence.  At this time no
2  date has been set for his return, so AUSA Ellen V. Endrizzi will
3  stand in AUSA Reardon's stead.  As she is wholly unfamiliar with
4  the case and its evidence, a trial date of June 22, 2009 would
5  not provide sufficient time for effective preparation and
6  possible pretrial motions.

7      For those reasons, the parties respectfully request that the
8  current TCH and trial dates be vacated and a status conference
9  set for July 10, 2009, at 10:00 a.m.  The parties also stipulate
10 and agree that an exclusion of time, for the period June 22
11 through and including July 10, 2009, from calculation under the
12 Speedy Trial Act, is necessary and appropriate for attorney
13 preparation, and would ask that the Court grant the exclusion
14 pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4.

15 DATED:   June 3, 2009            Respectfully submitted,

16                                  LAWRENCE G. BROWN
                                    Acting United States Attorney
17
                             By:   /s/ Ellen V. Endrizzi
18
                                    ELLEN V. ENDRIZZI
19                                  KYLE REARDON
                                    Assistant U.S. Attorneys
20

21                                  LAW OFFICE OF TOM JOHNSON

22                           By:   /s/ Ellen V. Endrizzi, for

23                                  TOM JOHNSON, ESQ.
                                    Attorney for Defendant
24                                  Dominic West

25

26                              **O R D E R**

27    GOOD CAUSE having been shown,

28    In case number 2:08-cr-240, the trial confirmation date and

2

trial date, June 5 and June 22, 2009, respectively, are hereby by vacated.

A status conference is set for July 10, 2009, at 10:00 a.m.

Time is excluded from calculation under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4.

IT IS SO ORDERED.

DATED: June 4, 2009

HONORABLE EDWARD J. GARCIA
United States District Judge