THOMAS A. JOHNSON, #119203
400 Capitol Mall, Suite 1620
Sacramento, California  95814
Telephone:  (916) 422-4022
Attorney for Defendant, Dominick West

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DOMINICK WEST,<br><br>　　　　　Defendant | Case No.: 2:08-cr-00240-EJG<br><br>STIPULATION AND ORDER TO CONTINUE JUDGMENT AND SENTENCING<br><br>Date:　May 14, 2010<br>Time:　10:00 a.m.<br>Judge:　Hon. Frank C. Damrell, Jr. |

**IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES** that the Judgment and Sentencing scheduled for May 14, 2010 at 10:00 a.m. is to be continued to June 4, 2010 at 10:00 a.m. in the same courtroom.  Thomas A. Johnson, Defendant's attorney, and Carolyn Delaney, Assistant United States Attorney, agree and stipulate to the continuance.  The continuation is requested because the United States Probation Officer needs additional time to complete the Probation Report.

　　　The parties stipulate and agree that the interests of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).  It is further stipulated that the period from the date of this stipulation through and including June 4, 2010 be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local

////////////////////////////

////////////////////////

////////////////////////

STIPULATION AND ORDER　　　　- 1 -

1 | Code T2 and T4 for continuity and preparation of counsel.

2

3 | **IT IS SO STIPULATED.**

4 | DATE: April 1, 2010                                           /s/  Thomas A. Johnson
                                                                  THOMAS A. JOHNSON
5 |                                                               Attorney for Defendant
                                                                  DOMINICK WEST
6

7
  | DATE: April 1, 2010                                           LAWRENCE G. BROWN
8 |                                                               United States Attorney

9 |                                                      By:      /s/  Thomas A. Johnson for
                                                                  CAROLYN DELANEY
10|                                                               Assistant U.S. Attorney

11
  | **IT IS SO ORDERED.**
12

13

14| Dated:   April 1, 2010

15

16
                                                                  /s/ Edward J. Garcia
17|                                                               HON. EDWARD J. GARCIA
                                                                  U.S. District Court Judge
18

19

20

21

22

23

24

25

26

27

28